UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HENLEY GROUP, <br><br> Plaintiff, <br><br> v. <br><br> AC VENTURES, INC., HD WESTMINSTER, LLC, ATT AVON LLC and DAVID R. GRIEVE, <br><br> Defendants. | Civil Action No. 1:17-CV-10014-FDS |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS AC VENTURES, INC., HD WESTMINSTER, LLC AND ATT AVON LLC

Pursuant to Federal Rules of Civil Procedure 7.1 and Local Rule 7.3, Defendants AC Ventures, Inc., HD Westminster, LLC, and ATT Avon LLC by and through their undersigned counsel, hereby disclose the following:

1. Parent Corporation(s) of Defendants: None.

2. Publicly Held Corporation(s) Owning More than 10% of Defendants' Stock: None.

Dated: January 26, 2017

Respectfully submitted,

/s/ Jeffrey A. Simes
Jeffrey A. Simes (BBO# 634921)
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Tel: (617) 570-1000
Fax: (617) 523-1231
JSimes@goodwinlaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

   I, Jeffrey A. Simes, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 26th day of January, 2017

                          /s/ Jeffrey A. Simes