# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HENLEY GROUP<br>*Plaintiff*<br>v.<br>AC VENTURES, INC., ET AL.<br>*Defendant* | Civil Action No.: **1:17−CV−10014−FDS** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    A&C Ventures, Inc.
    465 First Street West, 2nd Floor
    Sonoma, California 95476

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) ⎯⎯ or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ⎯⎯ you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Dana A. Zakarian, Esq.
    Nystrom Beckman & Paris LLP
    One Marina Park Drive, 15th Floor
    Boston, Massachusetts 02210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ − Sandra Burgos
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2017−01−04 16:17:22.0, Clerk USDC DMA

Case 1:17-cv-10014-FDS   Document 4   Filed 01/04/17   Page 2 of 2

Civil Action No.: 1:17-CV-10014-FDS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date) _____ .

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) **Peter Wohlfeller**, who is

designated by law to accept service of process on behalf of (name of organization)

**A & C Ventures, Inc.** on (date) **1/6/2017** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

**1/9/2017**
Date

*Server's Signature*

**BARBARA A. TRITES**
*Printed name and title*

_____
*Server's Address*

Additional information regarding attempted service, etc:

| Attorney or Party without Attorney:<br>Beacon Hill Research<br>2 Park Plaza, Suite 409<br>Boston, MA 02116<br>Telephone No: 617-426-0550 | | | For Court Use Only |
|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court | | | |
| Plaintiff: The Henley Group, et al. | | | |
| Defendant: AC Ventures, Inc., et al. | | | |

| PROOF OF SERVICE<br>Of Summons | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons and Complaint; Civil Action Coversheet; Category Sheet; Henley Group Corporate Disclosure Statement

3. a. Party served:           A&C Ventures, Inc
   b. Person served:          Peter Wohlfeller, General Counsel/Authorized to Accept, White, Male, 55 Years Old, Bald Hair, Glasses, 6 Feet 2 Inches, 185 Pounds

4. Address where the party was served:    465 First Street West, 2nd Floor
                                          Sonoma, Ca 95476

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Jan. 06, 2017 (2) at: 4:24PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: A&C Ventures, Inc
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**
   a. Barbara A Trites
   b. **Legal Express Limited**
      P.O. Box 808001
      Petaluma, Ca 94975
   c. 707 765-6765, FAX 707-765-6762

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:    156
      (iii) County:               Marin
      (iv)  Expiration Date:     Sun, Apr. 30, 2017

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: Mon, Jan. 09, 2017

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
Of Summons

(Barbara A Trites)

mabeacon.333164