# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **THE HENLEY GROUP** | |
| *Plaintiff* | |
| v. | Civil Action No.: **1:17-CV-10014-FDS** |
| **AC VENTURES, INC., ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

```
David R. Grieve
465 First Street West, 2nd Floor
Sonoma, California 95476
```

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ―― or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ―― you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

```
Dana A. Zakarian, Esq.
Nystrom Beckman & ParisLLP
One Marina Park Drive, 15th Floor
Boston, Massachusetts 02210
```
If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – Sandra Burgos

*Signature of Clerk or Deputy Clerk*

ISSUED ON 2017-01-04 16:17:22.0, Clerk USDC DMA

Civil Action No.: **1:17-CV-10014-FDS**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date) _____ .

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

1/9/2017
Date

*Server's Signature*

BARBARA A. TRITES
*Printed name and title*

*Server's Address*

Additional information regarding attempted service, etc:

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Beacon Hill Research<br>2 Park Plaza, Suite 409<br>Boston, MA 02116<br>Telephone No: 617-426-0550 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court | | |
| Plaintiff: The Henley Group, et al. | | |
| Defendant: AC Ventures, Inc., et al. | | |

| PROOF OF SERVICE<br>Of Summons | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons and Complaint; Civil Action Coversheet; Category Sheet; Henley Group Corporate Disclosure Statement

3. a. Party served:  David R. Grieve
   b. Person served: Peter Wohlfeller, General Counsel/Authorized to Accept

4. Address where the party was served: 465 First Street West, 2nd Floor
   Sonoma, Ca  95476

5. I served the party:
   b. **by substituted service.** On: Fri., Jan. 06, 2017 at: 4:24PM I left the documents listed in item 2 with or in the presence of:
   Peter Wohlfeller, General Counsel/Authorized to Accept, White, Male, 55 Years Old, Bald, Glasses, 6 Feet 2 Inches, 185 Pounds
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**
   a. Barbara A Trites
   b. **Legal Express Limited**
   P.O. Box 808001
   Petaluma, Ca  94975
   c. 707 765-6765, FAX 707-765-6762

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 156
      (iii) County: Marin
      (iv) Expiration Date: Sun, Apr. 30, 2017

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Mon, Jan. 09, 2017

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
Of Summons

(Barbara A Trites)

mabeacon.333167

| *Attorney or Party without Attorney:*<br>Beacon Hill Research<br>2 Park Plaza, Suite 409<br>Boston, MA  02116<br>*Telephone No:* 617-426-0550     *FAX No:* | For Court Use Only |
|---|---|
| *Attorney for:* Plaintiff     *Ref. No or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court | |
| *Plaintiff:* The Henley Group, et al. | |
| *Defendant:* AC Ventures, Inc., et al. | |

| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons and Complaint; Civil Action Coversheet; Category Sheet; Henley Group Corporate Disclosure Statement

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Mon., Jan. 09, 2017
   b. Place of Mailing:         Petaluma, Ca  94975
   c. Addressed as follows:     David R. Grieve
                                465 First Street West, 2nd Floor
                                Sonoma, Ca  95476

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Jan. 09, 2017 in the ordinary course of business.

5. *Person Serving:*
   a. Don Phillips
   b. Legal Express Limited
      P.O. Box 808001
      Petaluma, Ca  94975
   c. 707 765-6765, FAX 707-765-6762

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*  $
   e. I am: (3) registered California process server
      (i)   Owner
      (ii)  Registration No.:    P-282
      (iii) County:               Sonoma
      (iv)  Expiration Date:      Wed, Jul. 05, 2017

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Mon, Jan. 09, 2017

                                                                            (Don Phillips)

*Judicial Council Form POS-010*
Rule 2.150.(a)&(b) Rev January 1, 2007        PROOF OF SERVICE
                                                  By Mail                    mabeacon.333167