UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HENLEY GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>A&C VENTURES, INC., HD WESTMINSTER, LLC, ATT AVON LLC, and DAVID R. GRIEVE,<br><br>Defendants. | Case No.: 17-cv-10014 |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Now come the parties to the above-captioned action and hereby dismiss this action with prejudice, with each party waiving all rights of appeal and other judicial review and with each party bearing its own fees and costs. The parties further agree that this action may be reopened only for the purpose of enforcing their February 16, 2017 Settlement and Mutual Release Agreement.

Respectfully submitted,

| | |
|---|---|
| The Henley Group, Inc. | A&C Ventures, Inc., HD Westminster, LLC, ATT Avon LLC and David R. Grieve |
| By its attorneys, | By their attorney, |
| /s/ Dana A. Zakarian | /s/ Jeffrey A. Simes |
| William C. Nystrom (BBO#559656) | Jeffrey A. Simes (BBO#634921) |
| Dana A. Zakarian (BBO#641058) | GOODWIN PROCTER LLP |
| NYSTROM BECKMAN & PARIS LLP | 100 Northern Avenue |
| One Marina Park Drive, 15th Floor | Boston, MA 02210 |
| Boston, MA 02110 | (617) 570-1000 |
| (617) 778-9100 | (617) 523-1231 (fax) |
| (617) 778-9110 (fax) | jsimes@goodwinlaw.com |
| wnystrom@nbparis.com | |
| dzakarian@nbparis.com | |

DATED: February 17, 2017